No. 837. El Pueblo, Demandante y Apelado, *v.* Rivera, Acusado y Apelante. Incesto. Ponce. Abril 19, 1915. *Desistida la apelación.*

---

No. 1318. Roura, Demandante y Apelado, *v.* Cruz et al., Demandados y Apelantes.—Daños y perjuicios. Ponce. Abril 20, 1915. *Desestimada la apelación.*

---

No. 1317. Martínez, Demandante y Apelado, *v.* Arrufat et al., Demandados y Apelantes. Cobro de dinero. Humacao. Abril 20, 1915. *Desestimada la apelación.*

---

No. 819. El Pueblo, Demandante y Apelado, *v.* Santiago, Acusado y Apelante.—Alteración de la paz pública. San Juan, Sección 2ª. Abril 23, 1915. *Confirmada la sentencia.*

---

No. 821. El Pueblo, Demandante y Apelado, *v.* Benítez, Acusado y Apelante.—Portar armas. Humacao. Abril 26, 1915. Confirmada la sentencia pero modificada en el sentido de que en defecto del pago de la multa impuesta, sufra el acusado un día de cárcel por cada dollar de la multa que dejare de satisfacer, visto el caso de *El Pueblo* v. *Laviosa,* 13 D. P. R., 208.

---

No. 814. El Pueblo, Demandante y Apelado, *v.* Velázquez, Acusado y Apelante.—Portar armas prohibidas. San Juan, Sección 2ª. Abril 28, 1915. *Confirmada la sentencia.*

---

No. 825. El Pueblo, Demandante y Apelado, *v.* Mayoral, Acusado y Apelante.—Infracción al artículo 162 del Código Penal. Guayama. Abril 28, 1915. Revocada la sentencia y absuelto el acusado, vista la opinión dictada en el caso de *El Pueblo* v. *Gallardo,* de marzo 8, 1915.